Exhibit 2

US00D659180S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D659,180 S**

Moritz                                   (45) **Date of Patent:**     ** **May 8, 2012**

(54) **EYEGLASS**

(75) Inventor:    **Hans Moritz**, Foothill Ranch, CA (US)

(73) Assignee:    **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term:    **14 Years**

(21) Appl. No.:    **29/403,414**

(22) Filed:    **Oct. 5, 2011**

(51) **LOC (9) Cl.** ................................................. **16-06**

(52) **U.S. Cl.** ...................... **D16/314**; D16/321; D16/335

(58) **Field of Classification Search** ................. D16/101,
    D16/300–342, 900; D29/109–110; D24/110.2;
    351/41, 44, 51–52, 62, 158, 92, 103–123,
    351/140, 153, 45–46; 2/426–432, 447–449,
    2/441, 434–437, 13, 15; D21/483, 659–661;
    D14/372
    See application file for complete search history.

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D176,316 | S | 12/1955 | Fleming |
| D178,178 | S | 7/1956 | Fleming |
| D196,000 | S | 8/1963 | McNeill |
| 5,760,868 | A | 6/1998 | Jannard et al. |
| D397,136 | S | 8/1998 | Kuo |
| D398,021 | S | 9/1998 | Bolle |
| D399,866 | S | 10/1998 | Yee |
| 5,903,331 | A | 5/1999 | Lin |
| D415,186 | S | 10/1999 | Tabacchi |
| 5,987,653 | A | 11/1999 | Cyr |
| D430,591 | S | 9/2000 | Arnette |
| D440,594 | S | 4/2001 | Yasuhara |
| D441,781 | S | 5/2001 | Garneau |
| D447,162 | S | 8/2001 | Jannard et al. |
| D447,764 | S | 9/2001 | Chen |
| D459,746 | S | 7/2002 | Wang |
| D469,459 | S | 1/2003 | Moritz |
| D473,892 | S | 4/2003 | Thixton et al. |
| D474,223 | S | 5/2003 | Chen |
| D476,354 | S | 6/2003 | Chen |

| | | | | |
|---|---|---|---|---|
| D478,927 | S | | 8/2003 | Teng |
| D483,392 | S | | 12/2003 | Chen |
| D483,791 | S | | 12/2003 | Thixton et al. |
| D489,394 | S | | 5/2004 | Teng |
| D505,150 | S | * | 5/2005 | Yee et al. ..................... D16/314 |
| D508,515 | S | | 8/2005 | Yee et al. |
| D511,540 | S | | 11/2005 | Hsu |
| D513,275 | S | * | 12/2005 | Yee ............................... D16/326 |
| D513,761 | S | | 1/2006 | Yee et al. |
| D514,613 | S | | 2/2006 | Jannard et al. |
| D519,148 | S | | 4/2006 | Wu |
| D529,066 | S | | 9/2006 | Matera |
| D533,889 | S | | 12/2006 | Saderholm et al. |
| D539,833 | S | | 4/2007 | Chuang |
| D543,572 | S | | 5/2007 | Yee et al. |
| D543,574 | S | | 5/2007 | Jannard et al. |
| 7,222,958 | B1 | | 5/2007 | Chiou |
| D544,020 | S | | 6/2007 | Thixton et al. |
| D545,868 | S | | 7/2007 | Chuang |
| D553,173 | S | | 10/2007 | Baden et al. |
| D555,705 | S | | 11/2007 | Chuang |

(Continued)

*Primary Examiner* — Raphael Barkai

(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson &
Bear, LLP

(57)             **CLAIM**

The ornamental design for an eyeglass, as shown and
described.

             **DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass of the present
invention;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side
elevational view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken line portions of the drawings are for illustrative
purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D659,180 S**

Page 2

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| D561,809 S | 2/2008 | Yee |
| D564,568 S | 3/2008 | Moritz |
| D564,571 S | 3/2008 | Jannard et al. |
| D565,089 S | 3/2008 | Moritz |
| D569,412 S | 5/2008 | Jannard et al. |
| D570,897 S | 6/2008 | Fuchs |
| D575,324 S | 8/2008 | Moritz |
| D581,443 S | 11/2008 | Jannard et al. |
| D581,444 S | 11/2008 | Jannard et al. |
| D585,475 S | 1/2009 | Yang |
| 7,497,569 B2 | 3/2009 | Webb |
| D590,432 S | 4/2009 | Yee |
| D591,787 S | 5/2009 | Yee |
| D595,757 S * | 7/2009 | Yang .......................... D16/314 |
| D600,269 S | 9/2009 | Masui |

| | | | |
|---|---|---|---|
| D601,613 S | 10/2009 | Yee | |
| D603,443 S * | 11/2009 | Li ................................ D16/314 |
| D604,757 S | 11/2009 | Yee | |
| D604,759 S | 11/2009 | Rohrbach et al. | |
| D609,266 S * | 2/2010 | Yasuhara et al. ............. D16/314 |
| D610,603 S | 2/2010 | Thixton | |
| D614,226 S * | 4/2010 | Fulton et al. ................. D16/314 |
| D614,685 S * | 4/2010 | Moritz ......................... D16/321 |
| D615,580 S | 5/2010 | Baden et al. | |
| D616,485 S | 5/2010 | Thixton | |
| D622,755 S | 8/2010 | Yee | |
| D630,675 S * | 1/2011 | Lampru ........................ D16/335 |
| D636,010 S | 4/2011 | Moritz | |
| D640,725 S | 6/2011 | Moritz et al. | |

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*

Case: 1:24-cv-05452 Document #: 1-1 Filed: 06/28/24 Page 6 of 7 PageID #:17



*FIG. 5*

Case: 1:24-cv-05452 Document #: 1-1 Filed: 06/28/24 Page 7 of 7 PageID #:18

*FIG. 6*

